# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00522-CV

**Warren Kopecky, Appellant**

**v.**

**JP Mortgage Services, Inc.; JP Morgan Chase Bank, N.A.; Merscorp Holdings, Inc.; Barrett Daffin Frappier Turner & Engle, LLP; and Juanita Strickland, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-13-000783, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Warren Kopecky has filed a motion to dismiss his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: April 30, 2015